IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON J. WEATHERS, <br><br> Plaintiff, <br><br> vs. <br><br> BECKY SHAEFFER, Det., #1906; JAMES WISECARVER, M.D.; and KAYE SHEPARD, M.T., ASCP, DNA Analyst; <br><br> Defendants. | 4:17CV3034 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's "Motion to Amend Complaint." (Filing No. 11.) Although Plaintiff did not attach a copy of his proposed amended complaint to his motion as required by NECivR 15.1, the court will overlook this deficiency and grant Plaintiff's Motion to Amend. Plaintiff is advised, however, that in the future, he will be expected to follow all rules of procedure, despite his pro se status.

IT IS THEREFORE ORDERED that: Plaintiff's "Motion to Amend Complaint" (Filing No. 11) is granted. He shall file an amended complaint no later than **May 26, 2017**.

Dated this 12th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge